

FILED by **KA** D.C.

May 24, 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **22-20209-CR-COOKE/DAMIAN**

21 U.S.C. § 841(a)(1)
21 U.S.C. § 853

UNITED STATES OF AMERICA

vs.

RICARDO RODRIGUEZ-OTERO,

       **Defendant.**
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
### Distribution of a Controlled Substance
### (21 U.S.C. § 841(a)(1))

On or about September 9, 2021, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**RICARDO RODRIGUEZ-OTERO,**

did knowingly and intentionally distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled susbtance.

## COUNT 2
### Distribution of a Controlled Substance
### (21 U.S.C. § 841(a)(1))

On or about September 15, 2021, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**RICARDO RODRIGUEZ-OTERO,**

did knowingly and intentionally distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(B)(ii), it is further alleged that this violation involved five hundred (500) grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled susbtance.

## COUNT 3
### Distribution of a Controlled Substance
### (21 U.S.C. § 841(a)(1))

On or about March 16, 2022, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**RICARDO RODRIGUEZ-OTERO,**

did knowingly and intentionally distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(B)(ii), it is further alleged that this violation involved five hundred (500) grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled susbtance.

## FORFEITURE ALLEGATIONS

The allegations of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendants, **RICARDO RODRIGUEZ-OTERO,** has an interest.

1. Upon conviction of a violation of Title 21, United States Code, Section 841, as alleged in this Indictment, the defendant shall forfeit to the United States any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offense, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offense, pursuant to Title 21, United States Code, Section 853.

2. The property subject to forfeiture as a result of the alleged offenses includes, but is not limited to, the following:

    (i) Approximately twenty-seven (27) thousand dollars in U.S. currency; and

    (ii) Two (2) Rolex watches.

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL

_____
FOREPERSON

_____
JUAN ANTONIO GONZÁLEZ
UNITED STATES ATTORNEY

_____
MARX P. CALDERÓN
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

RICARDO RODRIGUEZ-OTERO,

_____ /
Defendant.

CASE NO.:

**22-20209-CR-COOKE/DAMIAN**

**CERTIFICATE OF TRIAL ATTORNEY\***

**Superseding Case Information:**

New Defendant(s) (Yes or No)
Number of New Defendants
Total number of New Counts

**Court Division** (select one)
- ☑ Miami     ☐ Key West     ☐ FTP
- ☐ FTL       ☐ WPB

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.

3. Interpreter: (Yes or No) Yes
List language and/or dialect: Spanish

4. This case will take   3   days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I    ☑ 0 to 5 days
   - II   ☐ 6 to 10 days
   - III  ☐ 11 to 20 days
   - IV   ☐ 21 to 60 days
   - V    ☐ 61 days and over

   (Check only one)
   - ☐ Petty
   - ☐ Minor
   - ☐ Misdemeanor
   - ☑ Felony

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge                         Case No.

7. Has a complaint been filed in this matter? (Yes or No) No
   If yes, Magistrate Case No.

8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge                         Case No.

9. Defendant(s) in federal custody as of

10. Defendant(s) in state custody as of

11. Rule 20 from the                District of

12. Is this a potential death penalty case? (Yes or No) No

13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) No

14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) No

By: _____*Marx P. Calderon*_____
Marx P. Calderon
Assistant United States Attorney
Court ID No.     A5502700

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** RICARDO RODRIGUEZ-OTERO

**Case No:** _____

Count #: 1

Distribution of a Controlled Substance

Title 21, United States Code, Section 841(a)(1)

* **Max. Penalty:** 20 years' imprisonment

Count #: 2

Distribution of a Controlled Substance

Title 21, United States Code, Section 841(a)(1)

* **Max. Penalty:** 40 years' imprisonment

Count #: 3

Distribution of a Controlled Substance

Title 21, United States Code, Section 841(a)(1)

* **Max. Penalty:** 40 years' imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**