FILED BY ____KA____ D.C.

May 24, 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**22-20209-CR-COOKE/DAMIAN**
CASE NO. _____

IN RE SEALED INDICTMENT
_____/

## MOTION TO SEAL

The United States of America, by and through its undersigned Assistant United States Attorney, respectfully requests that the Indictment, arrest warrant, and any resulting order be SEALED until the arrest of the defendant or until further order of this Court, excepting the United States Attorney's Office and any relevant law enforcement agency, which may obtain copies of the Indictment, arrest warrant, or other sealed documents for purposes of arrest, extradition, or any other necessary cause, for the reasons that some of the named defendant may flee, the safety of the arresting officers could be compromised, and the integrity of an ongoing investigation may be compromised should knowledge of this Indictment become public. The Assistant United States Attorney is prepared to provide further information *in camera* should the Court so require.

Respectfully submitted,
JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

BY:   *Marx P. Calderón*
      Marx P. Calderón
      Assistant United States Attorney
      Court Id No. A5502700
      99 Northeast 4th Street
      Miami, Florida 33132-2111
      Tel: (305)961-9036
      Fax: (305)536-4089
      Email: Marx.Calderon@usdoj.gov