Case 1:22-cr-20209-MGC   Document 4   Entered on FLSD Docket

FILED BY KA D.C.

May 24, 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**22-20209-CR-COOKE/DAMIAN**
CASE NO._____

IN RE SEALED INDICTMENT
_____/

## SEALED ORDER

The United States of America, having applied to this Court for an Order sealing the Indictment, arrest warrant, and this Order, and the Court finding good cause:

**IT IS HEREBY ORDERED** that the Indictment, arrest warrant, and this Order shall be filed under seal until the arrest of the defendant or until further order of this Court, however, the United States Attorney's Office and any relevant law enforcement agency may obtain copies of the Indictment, arrest warrant, or other sealed documents for purposes of arrest, extradition, or any other necessary cause.

**DONE AND ORDERED** in chambers at Miami, Florida, this 24 day of May 2022.

_____
HONORABLE JACQUELINE BECERRA
UNITED STATES MAGISTRATE JUDGE

cc: AUSA Marx P. Calderón