UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 22-CR-20209-COOKE/DAMIAN

UNITED STATES OF AMERICA,

vs.

RICARDO RODRIGUEZ-OTERO,
         Defendant(s).
_____/

## ORDER

**THIS CAUSE** came before the Court upon the United States of America's ore tenus Motion to Unseal the Indictment and record in the above-captioned case in light of the arrest of the Defendant, Ricardo Rodriguez-Otero. The Motion was made and granted in open Court on June 1, 2022.

Accordingly, it is hereby

ORDERED AND ADJUDGED this case is UNSEALED.

**DONE AND ORDERED** in Chambers at Miami, Florida this 2nd day of June, 2022.

_____
MELISSA DAMIAN
UNITED STATES MAGISTRATE JUDGE